UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICHARD CLARK, *et al.*, *on behalf of themselves* :
*and all individuals similarly situated*,                :
                                                         :
      Plaintiffs,                              :
                                                         :
v.                                                       : Civil Action No. 3:21-cv-00242-HEH
                                                         :
DONALD DUNCAN, *et al.*,                                 :
                                                         :
      Defendants.                              :

## ORDER

The Court, having considered the status report filed by Plaintiffs Richard Clark and Clairmont Morrison, ORDERS that Plaintiffs shall submit Stipulation of Dismissal or Dismissal Order for entry by the Court on or before May 27, 2022.

It is so ORDERED.

                                                                  /s/
                                     The Honorable Henry E. Hudson
                                     Senior United States District Court Judge

Richmond, Virginia
Date: April 28, 2022