IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICHARD CLARK, *et al.*, on behalf of themselves and all individuals similarly situated,

      Plaintiffs,

v.

DONALD DUNCAN, *et al.*,

      Defendants.

Civil Action No. 3:21cv242–HEH

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal with Prejudice (ECF No. 34) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                               /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Date: May 20, 2022
Richmond, VA